UNITED STATES of America,
Plaintiff–Appellee,

v.

Arthur F. JONES, a/k/a Arthur Palmer,
a/k/a Junior, a/k/a June, Defendant–
Appellant.

No. 02–7657.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 13, 2003.

Decided Feb. 3, 2003.

Arthur F. Jones, Appellant Pro Se. Sean Kittrell, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Arthur F. Jones seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude that Jones has not made a substantial showing of the denial of a constitutional right. *See Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*